1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7014
7       FAX: (415) 436-7234
        Julie.Garcia@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-404 EMC-2 |
| Plaintiff, | |
| v. | |
| ALLELEA BALABIS CABILES, | STIPULATION TO CONTINUE AND [P~~ROP~~OSED] ORDER |
| Defendant. | |

## **STIPULATION**

The parties in the above-captioned matter are set for a status conference and potential change of plea on November 15, 2017, at 2:30 pm. The parties now stipulate and respectfully request that, to permit the parties additional time to reach an anticipated resolution of this matter, and due to scheduling conflicts caused by the Thanksgiving holiday and counsel's intervening trials on other matters, the hearing be continued to **December 20, 2017, at 2:30 pm**. The parties do not request an exclusion of time under the Speedy Trial Act.

//

//

STIPULATION TO CONTINUE AND [PROPOSED] ORDER
Case No. CR 17-404 EMC-2

1     IT IS SO STIPULATED.

2  DATED: November 13, 2017                         BRIAN J. STRETCH
                                                   United States Attorney
3

4                                                  _____/s/_____
                                                   JULIE D. GARCIA
5                                                  Assistant United States Attorney

6
   DATED: November 13, 2017
7

8                                                  _____/s/_____
                                                   JAI M. GOHEL
9                                                  Counsel for Defendant
                                                   ALLELEA BALABIS CABILES
10

11

12

13                              **[PROPOSED] ORDER**

14     Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the

15  status conference in the above-captioned matter be continued to December 20, 2017, at 2:30 pm.

16     IT IS SO ORDERED.

17

18  DATED: 11/13/17
                                                   _____
19                                                 HON. EDWARD CHEN
                                                   United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*