JAI M. GOHEL, CA SBN 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748
Email: jaigohel@rocketmail.com

Attorney for Defendant
ALLELEA BALABIS CABILES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

--ooOoo--

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR 17 0404 EMC |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER TO CONTINUE STATUS** |
| | ) **CONFERENCE** |
| ALLELEA BALABIS CABILES, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

The parties hereby stipulate to continue the CAP status conference currently set for February 28, 2018 at 2:00 p.m to March 14, 2018 at 10:00 a.m. because Defendant Allelea Cabliles' pretrial evaluation requires some additional time to complete. It is anticipated that it will be completed by March 14.

IT IS SO STIPULATED

DATED:  February 26,  2018


_____/s/ Jai M. Gohel_____
JAI  M. GOHEL
Attorney for Defendant
ALLELEA CABILES


DATED:  February 26,  2018


ALEX TSE
Acting United States Attorney


_____/s/ Julie Garcia_____
JULIE GARCIA
Asst. United States Attorney

**[~~PROPOSED~~] ORDER**

Pursuant to a stipulation between the parties, the CAP status conference currently set for February 28, 2018 at 2:00 p.m is continued to March 14, 2018 at 10:00 a.m. because Defendant Allelea Cabliles' pretrial evaluation requires some additional time to complete.

IT IS SO ORDERED

Dated: 2/27/2018



IT IS SO ORDERED

Judge Edward M. Chen